# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDARD FABRICS INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NABEE, INC., a California Corporation; et. al.<br><br>Defendants. | Case No.: 14-CV-07539-BRO-AS<br><u>Hon. Beverly Reid O'Connell Presiding</u><br><br>**ORDER TO DISMISS DEFENDANT FRENCH FABRIC, INC.** |

**ORDER**:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. French Fabric, Inc., the last remaining defendant in this action (See Dkt. No. 15), is hereby dismissed without prejudice from this action.
2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal; and
3. Plaintiff and French Fabric, Inc. will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: April 17, 2015         By: _____
                                  HON. BEVERLY REID O'CONNELL